Lawrence Kevin Reichelt
2104 Roundhouse Road
Sparks, Nevada 89431
(775) 358-2593
lawrencerchlt@aol.com

In Propria Persona

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAWRENCE KEVIN REICHELT,  ) Case No. 3:09-CV-00468-RCJ-VPC
                          )
PLAINTIFF,                )
                          )
vs.                       )
                          ) **NOTICE OF DISMISSAL OF COMPLAINT**
UNITED STATES OF AMERICA  ) **BY PLAINTIFF LAWRENCE REICHELT**
                          )
DEFENDANT.                )

TO THE HONORABLE COURT AND THE OTHER INTERESTD PARTIES NOTICED HEREIN.

Plaintiff, Lawrence Reichelt,, is unable to attend court hearings due to his disability which has taken a rather dramatic downturn. There are long periods of time that Plaintiff is unable to walk accompanied by severe pain when attempting to walk. These periods of disability come on suddenly and not as a result of any physical activity. When first diagnosed with Hepatitis C, physical activity produced pronounced fatigue. Currently, Plaintiff suffers from pronounced fatigue without any physical activity whatsoever. This severe fatigue has a direct negative effect on Plaintiff's

1

application of logic, his analytical ability and ability to effectively communicate. It is not only impossible for Plaintiff to participate in Court hearings but to do the research necessary to prepare for oral argument and other necessary research which would be necessary for future motions and responses. Although Plaintiff believes that this is a meritorious claim, Plaintiff must consider his health as being far more important than continuing with this litigation.

Dated: September 16, 2010

Respectfully submitted,

LAWRENCE REICHELT

**VERIFICATION**

Under penalty of perjury, I declare the truth of the following:

**NOTICE OF DISMISSAL OF COMPLAINT BY PLAINTIFF LAWRENCE REICHELT**

The contents of the foregoing: filed by Petitioner, in pro per, herein on September 16, 2010 are true and correct to my own knowledge except as to matters stated on information and belief, as to those matters, I believe them to be true and correct.

I make this verification as the Petitioner in propria persona because the facts set forth in this Petition are within my knowledge.

Executed this **16th Day of September, 2010** at Sparks, Nevada and signed under penalty of perjury.

Respectfully submitted,

LAWRENCE REICHELT

ORDER

ROBERT C. JONES
United States District Judge
DATED: This 1st day of October, 2010.